# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2013

Robert P. Young, Jr.,
Chief Justice

146183

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JEFFREY JOHN CARSON,
      Plaintiff-Appellee,

v

SC: 146183
COA: 308291
Ingham CC: 10-001064-NF

HOME-OWNERS INSURANCE COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 5, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2013



t0522

Clerk